UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　Defendants. | No.  2:15-CV-0753 KJM AC<br><br><br>ORDER |

In a minute order filed by the court on February 12, 2016, the status conference for the above case was reset for March 3, 2016, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed their joint status report on February 22, 2016, but there was no appearance by plaintiff's counsel Pamela Palmieri at the March 3rd conference.  Defense counsel relayed to the court that Ms. Palmieri informed him that she is not plaintiff's counsel.

/////

/////

/////

/////

/////

/////

1

1  Accordingly, Ms. Palmieri is ordered to inform the court of her status as counsel of
record for plaintiff, and ordered to show cause why she should not be sanctioned in the amount of
$250.00 for failing to appear at the status conference.[1]

DATED: March 10, 2016

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes this is not the first time Ms. Palmieri has been directed to respond to an order to show cause.  *See Park et al. v. Bank of America, et al.*, 13-CV-1717 LKK DAD (ECF Nos. 9 and 13); *Alvarez v. Bank of America NA, et al.*, 13-CV-2090 MCE EFB (ECF No. 14)' *Meza v. Chase Home Finance, LLC, et al.*, 14-CV-0565 MCE DAD (ECF Nos. 4 and 5)